IN RE RESIGNATION OF BANKS.

[Cite as In re Resignation of Banks (1991), 57 Ohio St. 3d 609.]

(No. 90-2453—Submitted January 9, 1991—Decided January 16, 1991.)

The resignation of Charles D. Banks as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF LAWRENCE.

[Cite as In re Resignation of Lawrence (1991), 57 Ohio St. 3d 609.]

(No. 90-1958—Submitted January 9, 1991—Decided January 16, 1991.)

The resignation of Herbert Lee Lawrence as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.